UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60290-CR-SMITH

UNITED STATES OF AMERICA

vs.

JANSEN SANDS,

    **Defendant.**

_____/

**FACTUAL PROFFER**

The United States and JANSEN SANDS (hereinafter the "Defendant"), agree that if this case were to proceed to trial, the United States would prove the following facts, among others, beyond a reasonable doubt:

On September 18, 2021, at 7:29 p.m., United States Coast Guard officers spotted a white 39-foot cruiser twin console boat traveling westbound at eight knots ten nautical miles east of Haulover Inlet in Hallandale Beach, Florida. Officers ordered the cruiser boat to heave, but the boat would not stop. Officers fired a disabling shot at the boat which slowed the boat to a stop. Officers boarded the vessel and encountered 31 people including the Defendant, a Bahamian national, who was observed operating the boat. Officers ask the boat's occupants if they had their passports, and the occupants all presented foreign passports.

Officers took the Defendant to the Dania Beach Coast Guard station for questioning and transported the passengers to a separate Coast Guard vessel for biometric checks. Officers obtained the personal identifying information for each passenger including their name, date of birth, criminal history, country of birth, and immigration status. The biometric checks showed that 29 of

the passengers, including an individual with initials E.Z., did not have any lawful immigration documents to enter the United States.

Officers provided the Defendant *Miranda* warnings orally and in writing. He waived both. In an audio-recorded statement, the Defendant stated that he made an agreement with another individual in the Bahamas to drive the boat to the United States in exchange for traveling on the boat for free. The Defendant further stated that he knew that neither he nor any of the other boat's passengers had lawful authorization to enter the United States.

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States, establish a violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) (Encouraging and Inducing an Alien to Enter the United States).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 12/21/21     By: _____
HILLARY IRVIN
ASSISTANT UNITED STATES ATTORNEY

Date: 12/21/21     By: _____
JAN SMITH
ATTORNEY FOR DEFENDANT

Date: 12/21/21     By: _____
JANSEN SANDS
DEFENDANT